Peter A. Leeming, SBN 119124
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone (831) 425-8000

Attorney for: Defendant SALVADOR MORENO GUZMAN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-00322 JF |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. SECTION 3161 |
| vs. | |
| SALVADOR MORENO GUZMAN, | |
| Defendant. | |

The United States of America, by Bradley Price, Special Assistant United States Attorney, and the defendant in the above case, by and through his attorney Peter A. Leeming, hereby enter into this joint stipulation.

The parties stipulate, and ask the Court to adopt as its FINDINGS that:

Joint Stipulation and Proposed Order continuing status conference date [Moreno-Guzman]   -1-

1. This case is currently set for a status conference on May 5, 2011 at 9:00 A.M.  Through this stipulation, the parties are requesting the status conference be continued until May 12, 2011, at 9:00 A.M.

2. The parties are attempting to reach a resolution and have agreed to a potential resolution.  The parties conferred on May 3, 2011, but the plea agreement needs to go through the formal approval process in the US Attorney's office.  That process will not be completed by May 5. The parties do anticipate that it will be completed by May 12.

4. Both sides therefore respectfully request that the court order as follows:

1. That the current status conference date of May 5, 2011 be vacated;

2. That the matter be continued one week, to May 12, 2011 at 9:00 for status and potential resolution.

3. The Court has previously found that an exclusion of time is appropriate and necessary in order to allow the effective preparation of counsel and to complete investigation, pursuant to Title 18, United States Code, Section 3161(h)(7)(a) and (B)(iv), and that exclusion remains appropriate under the circumstances.

Joint Stipulation and Proposed Order continuing status conference date [Moreno-Guzman]    -2-

IT IS SO STIPULATED

Dated: May 3, 2011          By:_____/S/_____
                               BRADLEY PRICE, Assistant United
                               States Attorney


Dated: May 3, 2011          By:_____/S/_____
                               PETER A. LEEMING, attorney
                               for SALVADORE MORENO-GUZMAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. ~~12~~ 10-00322 JF |
| Plaintiff, ) | ~~[PROPOSED]~~ ORDER |
| vs. ) | |
| Salvadore Moreno Guzman, ) | |
| Defendant ) | |

**ORDER**

For the reasons stated in the above stipulation, the status conference date of May 5, 2011 is vacated. The case will be set for ~~May 12~~ June 9, 2011 at 9:00 A.M. for further status conference and potential disposition.

An exclusion of time is appropriate and necessary in order to allow the effective preparation of counsel and to complete investigation, pursuant to Title 18, United States Code, Section 3161(h)(7)(a) and (B)(iv). Time is therefore excluded through ~~May 12~~ June 9, 2011.

IT IS SO ORDERED.

Dated: 5/4/11

_____
The Honorable Jeremy Fogel